IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO:3:18-mj-723 |
| Plaintiff, | : | HON. MAG. JUDGE SILVAIN, JR. |
| v. | : | |
| ERIC JOHNSON | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO ATTEND SON'S FOOTBALL GAME
SATURDAY, NOVEMBER 13, 2021**

Now comes the defendant, Eric Johnson ("Mr. Johnson"), by and through undersigned Counsel and hereby respectfully moves this Honorable Court for an Order/Entry permitting Mr. Johnson to attend his son's football game on Saturday, November 13, 2021 at 7pm at Lakota West High School located at 8940 Union Centre Blvd., West Chester Township, Ohio 45069 (513) 874-5699, along with his wife and children. Mr. Johnson's son is in his senior year at Roger Bacon High School and the game will be Roger Bacon v. Lakota West. Mr. Johnson will need time to arrive at the game so he will be requesting time out with his wife and children from 6pm until 11pm as the game will end around 9:30pm to 10pm and he will need travel time from West Chester Township, Ohio back to his home in Cincinnati, Ohio.

**WHEREFORE**, Mr. Johnson respectfully requests permission time out Saturday, November 13, 2021 from 6pm to 11pm to attend his son's football game with his wife and children.

Respectfully submitted,
*/s/ Cornelius "Carl" Lewis*
Cornelius "Carl" Lewis #0055700
Attorney-At-Law
THE LEWIS LAW FIRM, INC., LPA
119 East Court Street
Cincinnati, OH 45202
513.632.9542/Office
513.721.5824/Fax
513.371.4520/Cell
Carllewislaw@gmail.com
Counsel for Defendant

### CERTFICIATE OF SERVICE

I hereby certify that the foregoing was filed using the CM/ECF system which generates service on all interested parties.

*/s/ Cornelius "Carl" Lewis*